**DYKEMA GOSSETT LLP**
Ashley R. Fickel (237111)
*afickel@dykema.com*
Christine V. Nitoff (288646)
*cnitoff@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorney for Defendant
GENERAL MOTORS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RENO DEALERSHIP GROUP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; ROBERT COFFEY, an individual; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00696-MCS-PDx<br><br>Assigned to the Hon. Mark C. Scarsi<br>Courtroom: 7C<br>Magistrate Patricia Donahue<br>Courtroom 580<br><br>**DEFENDANT GENERAL MOTORS LLC'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>DATE: May 17, 2021<br>TIME: 9:00 a.m.<br>COURTROOM: 7C<br><br>Complaint Filed: Dec. 9, 2020<br>Removal Date: Jan. 26, 2021<br>FAC: Mar. 29, 2021 |

1

Case No.: 2:21-cv-00696-MCS-PDx
DEFENDANT GENERAL MOTORS LLC'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

1  **TO THE COURT AND ALL PARTIES**, please be advised that General Motors LLC ("GM") filed its Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) on April 12, 2021 and set a hearing for May 17, 2021.  Plaintiff Reno Dealership, LLC's ("Plaintiff") opposition was due on April 26, 2021.  *See* L.R. 7-9.  Plaintiff did not file an opposition.

GM respectfully requests that the Court enter an Order granting its Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

DATED: May 1, 2021                          DYKEMA GOSSETT LLP

By: /s/ *Ashley R. Fickel*
   Ashley R. Fickel
   Christine V. Nitoff
   Attorney for Defendant
   GENERAL MOTORS LLC

106069.001305  4851-6864-5864.1

2

Case No.: 2:21-cv-00696-MCS-PDx
DEFENDANT GENERAL MOTORS LLC'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)