JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO DEALERSHIP GROUP, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company; ROBERT COFFEY, an individual; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00696-MCS-PD<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Motion to Dismiss First Amended Complaint, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendants General Motors, LLC, and Robert Coffey, and against Plaintiff Reno Dealership Group, LLC. Plaintiff shall take nothing from its action against Defendants. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 10, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE